ORIGINAL

KUNTZ, J.

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK DIVISION
*(Write the District and Division, if any, of the court in which the complaint is filed.)*

BLOOM, M.J.

**KHONDAKER M. HAQUE, SHAMSAD R.KAZI, N.J.(MINOR), R.M. (MINOR), S.K.(MINOR)**

*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

**-against-**

**FORMER US PRESIDENT GEORGE W. BUSH, FORMER BRITISH PRIME MINISTER TONY BLAIR, CURRENT ISRAELI PRIME MINISTER BENJAMIN NETANYAHU, MOSSAD, FORMER DIRECTOR OF MOSSAD EFRAIM HALEVI, FORMER US VICE PRESIDENT DICK CHENY, FORMER DIRECTOR OF CIA GEORGE J. TENET, CIA, NSA, REPUBLICAN PARTY, FORMER US SECRATERY OF DEFENSE DONALD RUMSFELD, FORMER US HOUSE SPEAKER JOHN BOEHNER,FORMER US AMBASSADOR TO UNITED NATIONS JOHN R. BOLTON, FORMER WHITE HOUSE SENIOR ADVISOR KARL ROVE, FORMER US SECRETARY OF DEFENSE PAUL WOLFOWITZ , FORMER NYC MAYOR RUDOLPH GIULIANI, FORMER US SECRATERY OF STATE GENERAL COLIN POWELL, FORMER US NATIONAL SECURITY ADVISOR CONDOLEEZZA RICE, FORMER ATTORNEY GENERAL JOHN ASHCROFT, FORMER NYC MAYOR MICHAEL BLOOMBERG, SENATOR CHUCK SCHUMER, FORMER NYC POLICE COMMISSIONER RAY KELLY, US CONGRESSMAN PETER KING, FORMER DIRECTOR OF US SECRET SERVICE (DHS) JULIA PIERSON,EDGE WEB HOSTING, PC CONNECTION, DR. GALINA AND MANY UNKNOWN**

*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)*

**CV 17-6043**

**UPDATED AND REVISED CRIMINAL COMPLAINT**

**JURY TRAIL DEMANDED**

RECEIVED
OCT 11 2017
PRO SE OFFICE

# Updated Criminal COMPLAINT

## DEFENDANTS

1. Plaintiffs brings this action on behalf of themselves and all others similarly situated which alleges against- FORMER US PRESIDENT GEORGE W. BUSH, FORMER BRITISH PRIME MINISTER TONY BLAIR, CURRENT ISRAELI PRIME MINISTER BENJAMIN NETANYAHU, MOSSAD, FORMER DIRECTOR OF MOSSAD EFRAIM HALEVI, FORMER US VICE PRESIDENT DICK CHENY, FORMER DIRECTOR OF CIA GEORGE J. TENET, CIA, NSA, REPUBLICAN PARTY, FORMER US SECRATERY OF DEFENSE DONALD RUMSFELD, FORMER US HOUSE SPEAKER JOHN BOEHNER,FORMER US AMBASSADOR TO UNITED NATIONS JOHN R. BOLTON, FORMER WHITE HOUSE SENIOR ADVISOR KARL ROVE, FORMER US SECRETARY OF DEFENSE PAUL WOLFOWITZ , FORMER NYC MAYOR RUDOLPH GIULIANI, FORMER US SECRATERY OF STATE GENERAL COLIN POWELL, FORMER US NATIONAL SECURITY ADVISOR CONDOLEEZZA RICE, FORMER ATTORNEY GENERAL JOHN ASHCROFT, FORMER NYC MAYOR MICHAEL BLOOMBERG, SENATOR CHUCK SCHUMER, FORMER NYC POLICE COMMISSIONER RAY KELLY, US CONGRESSMAN PETER KING, FORMER DIRECTOR OF US SECRET SERVICE (DHS) JULIA PIERSON,EDGE WEB HOSTING, PC CONNECTION, DR. GALINA AND MANY UNKNOWN ("Defendants").

## PLAINTIFF'S

2. KHONDAKER M. HAQUE resides at 9136 120th street, Richmond Hills, New York-11418, and SHAMSAD R.KAZI, N.J. (MINOR), R.M. (MINOR) and S.K. (MINOR) resides together at 20-22 Sheldon Street, Wilkes-Barre, PA-18702 . Plaintiffs whole family origin came from Bangladesh and immigrated here in US for long time. Defendants played biggest dirty games with Plaintiffs family which is urgently needed to resolve in this federal court of justice.

## UPDATED CRIMINAL ALLEGATIONS

**(Criminal Violations of 18 U.S.C. § 1959-1968, 18 U.S. C. § 832, 18 U.S.C. § & 1111, 1114, and 18 U.S.C. § 2332a, 2339A)**

3. Plaintiff (Khondaker M. Haque) used to work at ITT (Defense contracting company) as a defense sub-contractor in Roanoke, VA in 2004. During the time of working as an IT Database Administrator, one of his managers of ITT named Al invited Plaintiff for lunch at McDonald's in Roanoke, VA and started conversations about 9/11 terrorist attacks on WTC in 2001and blame Muslims for that terrorist attack on WTC. It was really upset Plaintiff and manager told him Muslims were responsible for 9/11 WTC attack and Plaintiff was clearly knew from an eye-witnessed security guard who used to work before the night of WTC attack (millions knew now-a-days) and told us the story. The security guard who saw the robberies on WTC banks before the night of 9/11 in 2001 and said nobody called or reported to police or any media reports of the incidents. He was been threatened to his life not to talk about the crime and later was been assassinated in Jamaica, New York in 2013 with two shots and it was been reported at Fox News in 2013. See 18 U.S.C. § 2332a, 2339A. See United States of America, Plaintiff- Appellee, v. Timothy James McVEIGH, Defendant-Appellant. 97-1287.

---

7. 9/11 incident was been investigated by different federal agencies for more than 12 years including FBI. Former FBI director James Comey and Former U.S. Attorney for the Southern District of New York Preet *Bharara actively* involved in this investigations for long time and reported to Former US President Barak Obama and *Former US Vice*

He said "Hired terrorists robbed and looted all the money from WTC banks before the night of 9/11. They planted of thousands of gallons of paint containers and most sophisticated military explosive gun powders at WTC; so that targeted and surrounding buildings around WTC can be brought down and which was killed 2,759 and injured 8,700 people and blamed Muslims for the greatest terrorist act in this country. See 18 U.S.C. § 2332a, 2339A. See United States of America, Plaintiff-Appellee, v. Timothy James McVEIGH, Defendant-Appellant. 97-1287.

He also said "thousands of Jews people used to work there; but no one had been showed up for the work next morning at the day of the attack." He continued saying and we all knew later, "The 9/11 attack also killed hundreds of police officers and dozens of fire fighters where defendants had responsible DNA in it. Jews people knew this criminal terrorist planning before it had actually been executed; but they did not protect or assist to protect the country by calling or informing rapid law enforcement force to defuse these criminal planning."

Israeli Prime Minister Benjamin Netanyahu and former Director of Mossad (1998-2002) Efraim Halevi was behind the WTC attacks, sent many of their secret agents to be watched the criminal events in NYC and videotaped these criminal attacks aftermaths of 9/11. They are the one who designed and executed these criminal attacks and blame Muslims in coordination with local criminals those who had a greatest interest in it. And this district court had a biggest responsibility to find it out real criminals of 9/11. See 18 U.S.C. § 2332a, 2339A. See United States of America, Plaintiff-Appellee, v. Timothy James McVEIGH, Defendant-Appellant. 97-1287.

4. Soon after 9/11 attacks local criminals destroyed the evidences and moved the remaining to secret locations. Terrorists sent letter lacing anthrax in the US mail to different locations in the country. Dr. Bruce Ivins was about to be charged by FBI in this regard, but he took his life before the charged actually been filed. He was a department of defense civilian employee (DoD) for 18 years in Fort Detrick, MD and inventor of anthrax vaccine and got a highest award of Decoration for Exceptional Civilian Service from US Army. Dr. Bruce Ivins involvement clearly identifies defendants are involved a cover up process of 9/11 attacks to different criminal directions. See United States of America, Plaintiff-Appellee, v. Timothy James McVEIGH, Defendant-Appellant. 97-1287.

5. Defendants were hired, trained, financed, housed and harbored these terrorists for performing these biggest criminal offences in this planet. My manager Al told me to accept these criminal investigations to go ahead which was fully accepted by Plaintiff in 2004 during the time of working with ITT. But Plaintiff was been targeted because of saying that; which needs to deal with criminal prosecution against defendants. It is a noble work to deal with these culprits. See 18 U.S.C. § 1111, 1114.

6. Defendants were behind the design of 9/11 terrorist attacks in this country, provided special training, expert advice and material supports for 9/11 terrorists. Plaintiff Khondaker Haque was been threatened to shoot or kill a week before 9/11 during the time working as a cab driver in NYC. Plaintiff dropped a person a week before 9/11 at 76th Street and WEST End Ave in NYC. He said, "Don't you get scared about Jews people." Two weeks after 9/11 when Plaintiff resumed working again saw whole 10 blocks of West End Ave in NYC was been raided by police around 3:30AM. Defendants started the cover up process two weeks after 9/11 and cleaned up all the evidences. George Bush Jr., Dick Cheny, George Tenet, Israeli Prime Minister Benjamin Netanyahu and former Director of Mossad (1998-2002) Efraim Halevi , Paul Wolfowitz, Karl Rove, Donald Rumsfeld and Republican Party are the chief architects and responsible of 9/11 attacks.

7. 9/11 incident was been investigated by different federal agencies for more than 12 years including FBI. Former FBI director James Comey and Former U.S. Attorney for the Southern District of New York Preet Bharara actively involved in this investigations for long time and reported to Former US President Barak Obama and Former US Vice

President Joe Biden. Former US President Barak Obama frequently visited NYC for these investigations before leaving office in 2017. Former US President Bill Clinton and Former US Presidential Candidate Hillary Clinton also had clear knowledge about the detailed FBI investigative reports. FBI initiated and completed the detailed thorough criminal investigations of 9/11 attacks and made available to the American public media which should be prosecuted with different statues including 18 U.S.C. § 2332a, 2339A.

8. Based on an open source in the media, radio, TV, talk-show, pod cast, movies and cartoons Former US President Obama was asked a question to former president George W. Bush Jr. and acknowledged and blamed by saying, "Former US Vice President Dick Cheny, Paul Wolfowitz, Karl Rove, Donald Rumsfeld and former CIA director George Tenet named with list, staged and executed these biggest criminal offences in this country against their own people."

9. Defendants are the biggest liars and greatest perpetrators of this country; propagated and fooled American people and the world. Defendants are war criminals with false accusations against Muslims and performed greatest criminal violations against humanity in this country.

10. Remembering a story; during the ten days sessions of UN general assembly in 2006, these criminals made so many close contacts with Plaintiff passes by Bush's motorcade during the time of working as a cab driver in NYC.

11. Based upon the information from Plaintiff's personal experience from workplaces, media, radio, TV, talk-show, movies, cartoons, defendants from US Government officials were designed, executed and administered their criminal propaganda agenda during the time of their power and afterwards to bluff American people to implement their racketeering agenda and try to allege Plaintiff (Khondaker M. Haque) for smuggling radio-active and mass destructive nuclear materials and used to involve other persons and law enforcement officials engaged and trapped in this criminal act to gain and grab power for future enterprise affairs. In this regard, defendants and their agents took job interview and had been interested to give an IT Database Administrator job with US Department of Energy in Pittsburg, PA or Albany, NY; so that they can be falsifying their criminal agenda. It is a "collection of an unlawful debt" which was imposed on Plaintiff's character for more than a decade to abuse, torture, and monitor not only Plaintiff's family but also 499 other innocent Muslims persons nationwide as a group although there are no connections with each other. Defendant's criminal acts destroyed moral national character as a whole which needs to root out and this district court should have a responsibility for it. See 18 U.S. Code § 832.

12. FORMER US PRESIDENT GEORGE W. BUSH, FORMER BRITISH PRIME MINISTER TONY BLAIR, FORMER US VICE PRESIDENT DICK CHENY, FORMER DIRECTOR OF CIA GEORGE J. TENET, REPUBLICAN PARTY, FORMER US SECRATERY OF DEFENSE DONALD RUMSFELD, FORMER US HOUSE SPEAKER JOHN BOEHNER were designed, managed and executed this terrorist attack with the help of NY local politicians FORMER NYC MAYOR RUDOLPH GIULIANI, FORMER NYC MAYOR MICHAEL BLOOMBERG, FORMER NYC POLICE COMMISSIONER RAMOND KELLY, and US CONGRESSMAN PETER KING and blamed all the responsibilities to the Muslims here at home and around the world. They all should be prosecuted with RICO Act **18 U.S.C. § 1959-1968, 18 U.S. C. § 832 and 18 U.S.C. § 2339**. Defendants are the greatest murderers who killed and burned to ashes their own people, destroyed a strongest economy (spent 740B for war) in this planet, created and manipulated fear s and havoc in this country since 2001. Defendants are the public enemies of this country. Defendants performed the biggest crimes in this country which was never been traced and realized before.

13. Plaintiff's family love this country and its people and proud to be an American, protecting national security interest of this country. Plaintiff's family is actively elegant to the country's constitution; but not the criminal wrongdoing of

those who were been threatening, violating, corrupting, polluting and pulling others to join their criminal club. Defendant's criminal racketeering acts exceeded all the boundaries of the human criminal history. They are the real public enemies of this country.

14. Plaintiff's family origin comes from Bangladesh immigrated here for better futures and had many relatives live in this country. Plaintiff's family never harmed anyone in this planet but targeted for saying the 9/11 truth and eye-witnessed stories. Defendants are criminally responsible for alleging Plaintiff (Khondaker M. Haque) given a disgusting dirty name for smuggling nuclear or biological materials in the country which was never directly be named to a single person in the history of this planet ; this is totally a collection of many criminal acts targeted to Plaintiff which actually leads the direct and indirect hands of murder of Plaintiff's unborn baby, responsible for Plaintiff (Shamsad R. Kazi's) brain injuries and mental sickness and responsible for brain injuries for Plaintiff (S. K.) he who had been delayed developed and learning disability at NYC DOE record, responsible for professional death as an IT Specialist whom was been educated and experienced in this country , responsible for Plaintiff (Khondaker M. Haque) with disastrous economic calamity during the time of their racketeering act (RICO). Defendants are all worked together to criminalize Plaintiff which leads a greatest human rights violations in modern American history. Defendants are responsible for holding the Plaintiff's whole family in captivity for more than a decade. *See* Lynch v. United States, 292 U.S. 571, 579, 580-582 (1934); Jacobs v. United States 290 U.S. 13 (1933); Schillinger v. United States, 155 U.S. 163 (1894); Kirby Forest Industries, Inc. v. United States, 467 U.S. 1 (1984).

15. Defendants violated the fourth, " Regulatory Takings " of the fifth and fourteenth amendments of the US Constitution and " Tucker Act" in addition federal statues by which defendants should be held responsible for an abusive behavior at the workplaces by their racketeering agents with whom Defendants were given an IT Specialist contracting job at Raytheon in Billerica, MA which was a National Security position fired from the job at 5th day, Plaintiff worked at ITT Night Vision in Roanoke, VA which was also a National Security position; started abusing at the end of 4th months of job, worked at PC Connection in Merrimack, NH was also a national security position; started abusive behavior there at the end of 4th months of job; indirectly forcing Plaintiff (Khondaker M. Haque) to give up the job and go back home. Defendants racketeering (RICO) acts were responsible to uplift Plaintiff with jobs at MacMillan and DOE in NYC, worked at Corning Inc. in Corning, NY and then fired from the job after showing poor work performances, worked at IBM in Novato, CA and then fired from the job on the way to work, worked at UNFI in Providence in RI and then walk out from the job, worked with DoD's project at MetLife in NJ and then not giving wages for six weeks, worked at Federal Reserve Board(FRB) in Washington, DC welcomed in the dark room at the day of joining, never gave an ID card there and Plaintiff decided to quit from the position, worked for a setup job at KWI in Greenvale, Long Island , NY and then quit from the position and worked at NSA project in Baltimore, MD with Edge Webhosting; forcing Plaintiff a very complex position needed to work done after joining two weeks in office. Plaintiff scared and left from the job. These racketeering acts with jobs, happened again and again since 2004. After leaving the job from Edge Webhosting, Plaintiff joined a FBI setup job in NJ which was been investigated by Zack and Richard team in NJ. Later Plaintiff realized and was searching for the answers for more than three years why it is happening. These conspiracies were been generated in Tomkins Square Park in Brooklyn and executed, managed and administered by defendants. *See* United States v. General Motors Corp., 323 U.S. 373, 377-78; First English Evangelical Lutheran Church of Glendale v. County of Los Angeles, 482 U.S. 304 (1987) (No. 85-1199); United States v. Causby, 328 U.S. 256 (1946); Seaboard Air Line R. Co. v. United States, 261 U.S. 299 (1923); Monongahela Navigation Co. v. United States, 148 U.S. 312 (1893).

16. Defendants and their agents abused their power to implement their criminal agenda and had direct and indirect hands to deprive Plaintiff and Plaintiff's family and kids in the name of federal government contracting jobs to implement their wrongful hidden secret agenda. Defendants Criminal RICO conspiracy lasted from Bush Administration and is continued with other US Administrations. Defendants used an unconstitutional conduct

violating the clause "Ex Parte Young" doctrine of fourteenth amendment. See Ford Motor Co. v. Department of Treasury, 323 U.S. 459, 464 (1945).

17. Plaintiff Khondaker M. Haque is currently working with UBER as a cab driver in NYC. Uber remotely installed secret monitoring software with listening capability to Plaintiff's personal phone to give a very special access to secret agents to ferry them different tri-state locations. Those customers abused verbally and threatened Plaintiff Khondaker M. Haque again and again which is concurrent ongoing racketeering act. . See *Kotteakos v. United States,* 328 U.S. 750, 66 S.Ct. 1239, 90 L.Ed. 1557 (1946).

18. Defendants and their agents threatened to kill, to prosecute criminally, threatened to inject cancer virus, sent powerful pain killer medications at Plaintiff's home and tried to prosecute at drug charges and deport from the country, published them in the media, sent computer virus to destroy Plaintiff's personal home computer, and mentally abused while Plaintiff was driving yellow cab in NYC. Defendants played a biggest and longest game ever with a tiny family which might never happened with anyone else in this country.

19. Plaintiffs' represents, and is a member of, the Class, consisting of: All persons of this family who had been the victims of Defendant's illegal criminal and civil conspiracy; directly or indirectly had been initiated and executed more than a decade ago by Defendants. Defendants put a very unprecedented disgusting bad dirty name called "Public Enemy No 1", foreign spy, monkey and created a "Big Bang Theory" against Plaintiff and published to the American public and around the world which is available in the mass media, Hollywood movies and radio and TV talk-show like ABC, NBC, WBAI, NPR and lot of other sources. Defendants clearly knew what they are all doing. Plaintiffs are native born Bangladeshi and immigrated here in 1997 and 2004. But defendants propagated, colored, fabricated and bluffed American people and put Plaintiff's life in danger to finish up to complete their targeted agenda. It is all been opened everywhere and fun for the American public. See *Russello v. United States*, 464 U.S. 16 (1983); *United States v. Ofchinick*, 883 F.2d 1172 (3d Cir. 1989); *Salinas v. United States*, 522 U.S. 52, 63 (1997); *Sedima, S.P.R.L. v. Imrex Co.*, 473 U.S. 479, 496 n. 14 (1985); Blockburger v. United States, 284 U.S. 299 (1932).

20. Defendants involved with their secret agents abusing Plaintiff's and misusing their power with their criminal racketeering activities to terrorize Plaintiff (KHONDAKER M. HAQUE) and his family at many occasions for more than a decade since 2004 to current either at home, or at the professional workplaces working as a SQL and Oracle DBA on IT field with their collaborators during the time of working as a Federal Contractor and Federal Sub-Contractors with DOD's different projects. But no jobs had been able to retain on the plaintiff's behalf because of Defendants unlawful criminal restraint of racketeering acts imposed on Plaintiff's character.

21. Defendants and their professional criminal associations often engaged in fraudulent activities during working at PC Connection in Merrimack, NH as a full time employee. They tried to change Plaintiff's IT (database administration) work and responsibilities which were bundled together before the executions as a job, so that they can be criminalized Plaintiff (Khondaker M. Haque) at workplace. Plaintiff fought with them after failing his SQL Job which was been changed by someone. They used various methods to criminalize Plaintiff there.

After joining two weeks at job there, Manager Nick (IT) threatened Plaintiff to prosecute. Scott Missena (Network Admin) and Steve Goodwin (SQL DBA) were designed a plot within a plot (Cape Cod Conspiracy) to criminalize Plaintiff to achieve their targeted criminal goal. Defendants said that they are the biggest dinosaurs of the world.

They tried to give a work where Plaintiff does not have work experience with. Plaintiff asked manager Nick (IT) for available tools for these purpose. They showed Plaintiff a network location for the available tools in case it is needed.

Plaintiff installed some available tools to their given work computer from their network for their work purpose. Manager Nick notified Plaintiff they sent a file which Plaintiff had no idea with. Within a week or so, Plaintiff obliged to quit the job from PC Connection as a SQL DBA.

22. Defendants used to work secretly to destroy Plaintiff's financial ability so that they can put Plaintiffs' (SHAMSAD R. KAZI) in mental distress which triggered and forced Plaintiff to perform an abortion of an unborn baby between working as a federal contractor. See *Boyle v. United States*, __ U.S.__, 129 S.Ct.2237 (2009).

23. Defendants used their power with the involvement of secret agents to conspire and kill Plaintiffs' only son during the time of delivery pain in Elmhurst Hospital Center in NYC in 2008. She was waited 16 hours in the Elmhurst hospital's labor room in NYC to deliver the newborn baby. She wanted to go to toilet during the time of waiting; but nurse in charge did not listen or help her going to toilet which was a secret planning to murder her and unborn baby. But it was gifted a new sick baby and later he is growing up as a delay developed kid (Plaintiff S. K.) which was been conspired to be attempted murder of both baby and his Mom. See *Reves v. Ernst & Young*, 507 U.S. 170, 113 S.Ct. 1163, 122 L.Ed.2d 525 (1993); *Tabas v. Tabas*, 47 F.3d 1280, 1293-94 (3d Cir. 1995).

24. Defendants used their secret agents to influence and power with primary care doctor to delay the treatment of Plaintiff's sick kid (Plaintiff S. K.) during the time of pneumonia also considers attempted murder.

25. Defendants and their secret agents inserted a wireless Night Vision Video Camera into Plaintiffs' bedroom by monitoring land lord's phone activities in the name of giving bed bugs medications in the house and published that video information in the media, Cartoons, radio, and TV for two-three years which should be enforced by criminal RICO violations as well as civil and human rights. *See Hughes v. Consol-Pennsylvania Coal Co*, 945 F.2d 594, 610-11 (3d Cir. 1991); *Swistock v. Jones*, 884 F.2d 755 (3d Cir.1989).

26. Defendants and their secret agents inserted recording listening device to Plaintiffs' kids [when (S. K.) is 4 years old and (R. M.) is 7 years old] nebulizer machines through Primary Care Doctor Dr. Galina, she who is located at 23rd Street and B'way in Astoria, New York City. Doctor was neglected the proper treatments of Plaintiffs' kids for 6 straight years although she had been asked and requested for it. See *Smith v. Berg*, 247 F.3d 532, 536 (3d Cir. 2001).

27. Defendants and their secret agents criminally influenced and misused their power to towed away Plaintiffs' only car after defaulting one monthly payment during the time of working as a defense sub-contractor with Metlife in NJ.

28. Defendants used their criminal instrumental tools to destroy Plaintiffs' family structures and fundamental rights to live, life and happiness in this country although they are all US Citizen.

29. On information and belief, from Media, Hollywood Movies, Cartoons, Radio and TV, a lot of other influential people also willingly involved and conspired against Plaintiffs' in their unlawful restraint of "open-ended long term continuity predicates racketeering activity". See Klehr v. A.O. Smith Corp., 521 U.S. 179, 117 S. Ct. 1984 (1997); Rotella v. Wood, 528 U.S. 549, 553, 120 S. Ct. 1075, 1080 (2000).

30. Plaintiffs' (SHAMSAD R. KAZI) had been mentally and physically injured, disabled, and damaged by Defendant's criminal wrongful conducts which may have an equitable remedy designed in the public interest. Defendant's inserted sleep deprivation military device in the Plaintiff's bedroom which made Plaintiff (Shamsad R. Kazi) sick day by day as part of these criminal predicates.

31. Defendant's committed and violated RICO predicate offenses, and that such RICO criminal violations were the proximate Cause of injuries to the plaintiff's personal business or property and lives. See Anza v. Ideal Steel Supply Corp., 547 U.S. ____, _____, 126 S.Ct. 1991, 1996 (2006); Holmes v. Sec. Investor Prot. Corp., 503 U.S. 258, 268 (1992).

32. These RICO criminal acts alleged to have been done by Defendants were designed, authorized, ordered, executed or performed by their directors, officers, managers, secret agents, employees, or representatives while actively engaged in the management of Defendants' affairs. See Schine Chain Theaters v. United States, 334 U.S. 110, 128 (1948).

33. Defendant's sent their agents to Plaintiff's yellow cab in NYC which was been searched when it was parked, monitored and abused by secret police for the last 4 years continuously and threatened to inject cancer virus to kill Plaintiff.

34. Defendant's and their agents threatened Plaintiff to throw away from 38th floor when he was working with Mac Milan in NYC at 25 Madison Ave, in NYC as a SQL DBA. They were all working together to criminalize me.

35. Defendants' used their influence and power with former primary care doctor **Dr. Galina Orenshteyn** to delay the treatment of Plaintiff's sick kids during the time of pneumonia

36. Defendants' and their agents inserted recording machines to Plaintiffs' kids (inserted when he was 4 years old and 7 years old) nebulizer machines through Primary Care Doctor named **Dr. Galina Orenshteyn**, she who is located at 2134 Broadway in Astoria, New York City. The Doctor who was neglected the proper treatment for delay development and learning disability for Plaintiffs' kids for 6 straight years although she had been asked and requested for it.

37. Defendant's used their instrumental tool of conspiracy to destroy Plaintiffs' family structures and fundamental rights to live, life and pursuit of happiness even deprived from cultivating and harvesting food for American born kids. *See* Lynch v. United States, 292 U.S. 571, 579, 580-582 (1934); Jacobs v. United States 290 U.S. 13 (1933); Schillinger v. United States, 155 U.S. 163 (1894); Kirby Forest Industries, Inc. v. United States, 467 U.S. 1 (1984).

38. Defendants' violations were **repeated, willful and intentional** lasted more than a decade against Plaintiffs' interest under RICO Statue 18 U.S.C.A. § 1961-68.

39. Plaintiffs' had been mentally and physically damaged or injured with a lot of prescribed medications been taken daily which had been caused by Defendants' soft criminal monster hungry wrongful conducts to destroy Plaintiff's health which may have been an equitable remedy designed in the public interest.

40. Defendants' and their agents committed or ordered to commit these racketeering acts or agreed to an overall objective of the conspiracy knowing that other persons were conspiring to participate in this regard through a pattern of racketeering activity.

41. Former Director of Homeland Security (DHS) Mrs. Julia Pierson and Congressman Peter King was involved in this criminal game which was a clear and concrete evidence of the Defendants involvements in the enterprise

criminal activities. They took Plaintiff's hard working cash money of $750 dollars and validating, executing and confirming these criminal schemes and trying to connect with biggest criminal schemes.

42. Defendants are not only killed Plaintiff's unborn baby, but also assassinated our Bangladeshi immigrant mosque leader and his assistant in the broad day light at 13th Aug 2016 at Liberty Ave and 79th Street at Ozone Park section of Jamaica, NY aftermaths of our dismissed civil case with SDNY. Plaintiff had been listened a conversation with Agents in his cab during the time of working. They were blaming the Plaintiff's case which was been filed and dismissed by SDNY. They do not want to leave the proof behind. NYPD holds a suspect, but he flatly denied the accusations of that murder.

**<u>Exhibit A:</u>**

43. Defendant's and their agents determined being a poor person Plaintiff will be involved in this **Terrorist Funding International Money Laundry Scheme;** so that Plaintiff (Khondaker M. Haque) can be easily found guilty in the court of law. It is one of the final stages of many ongoing racketeering acts they were been committed. Defendants are murderers, burned the victims to ashes, waged the many criminal wars, put the fellow countrymen in the danger and destroyed the strongest financial and defense capability for this country.

**Exhibit B.**

N° 9210861

U.S. DEPARTMENT OF HOMELAND SECURITY
MONITORING UNIT
*WASHINGTON DC. UNITED STATES OF AMERICA.*

APPROVAL CERTIFICATE

*This is to certify that:*

Khondaker Mohbubul Haque

*of* 3103, 21st Street, Apt#2, Astoria, NY-11106 USA

*for the* Payment Of (Ten Million, Seven Hundred Thousand US Dollars)

*Mode of Payment:* Check Delivery

*has been issued this APPROVAL CERTIFICATE with*







for the...Payment Of (Ten Million, Seven Hundred Thousand US Dollars).........

Mode of Payment:........................Check Delivery..........................................

has been issued this APPROVAL CERTIFICATE with

OFFICIAL RELEASE CODE NO:.......147SAMVBNEXINXXO11................ stating that he/she is the bonafide beneficiary of the said funds/ consignment/parcel/package and he/she is entitled to it, also beneficiary is advised to adhered strictly to all given instruction to facilitate the smooth release of funds/consignment/parcel/package

This APPROVAL CERTIFICATE is printed and authorised by the U.S Department of Homeland Security, under the instructions from the United States Government.

Julia Pierson

Director. United States Secret Service
U.S. Department of Homeland Security(DHS)

U.S. Department of Homeland Security
Washington DC, United States of America.

U.S. DEPARTMENT OF HOMELAND SECURITY
MONITORING UNIT

APPROVAL CERTIFICATE

This is to certify that:

**Exhibit C.**

INTERNATIONAL MONETARY FUND
INTERNATIONAL PAYMENT & TRANSFERS
500 N. Capitol St. NW, Washington DC 20221
United States of America

STOP ORDER

CHECK DELIVERY STOP ORDER

THIS IS TO INFORM YOU THAT YOU HAVE VIOLATED THE UNITED STATE FUND MOVEMENT LAW UNDER SECTION 18 PARAGRAPH 13 ARTICLE 32(A) OF THE ENABLING ACT 1980 AND IN STRICT COMPLIANCE TO ARTICLE 168 SECTION (A) OF THE USA FOREIGN OPERATION ACT OF 1997. WE HAVE TO BRING TO YOUR NOTICE THAT THE FUND INTENDING TO BE DELIVERED TO YOUR HOME ADDRESS ( 3103, 21ST STREET,APT#2 ASTORIA NY-11106 USA) VIA CHECK HAS BEEN STOPPED AND ITS ON HOLD, AND WOULD REQUIRE YOUR IMF TAX CLEARANCE AND MONEY LAUNDRY DRUG CERTIFICATE.

OUR OFFICIALS ON DUTY FOUND OUT THAT "USPS" WAS ABOUT TO SMUGGLE INTO YOUR STATE. A CHECK WORTH OF US$10.7 MILLION USA DOLLARS IN THE NAME OF ( KHONDAKER MOHBUBUL HAQUE).

ACT, SCHEDULE GUIDING AGAINST DRUG AND ILLEGAL MONEY LAUNDRY OR TERRORIST FUNDS WITH FULL POLICY OF THE GOVERNING BOARD OF THE INTERNATIONAL MONETARY FUND DEPARTMENT (IMFD)

WE WISH TO REMIND YOU OF THE CONSEQUENCES OF MOVING SUCH HUGE AMOUNT OF MONEY OUT OF ONE STATE TO ANOTHER

ADDRESS ( 3103, 21ST STREET,APT#2 ASTORIA NY-11106 USA) VIA CHECK HAS BEEN STOPPED AND ITS ON HOLD, AND WOULD REQUIRE YOUR IMF TAX CLEARANCE AND MONEY LAUNDRY DRUG CERTIFICATE.

OUR OFFICIALS ON DUTY FOUND OUT THAT "USPS" WAS ABOUT TO SMUGGLE INTO YOUR STATE. A CHECK WORTH OF US$10.7 MILLION USA DOLLARS IN THE NAME OF ( KHONDAKER MOHBUBUL HAQUE).

ACT, SCHEDULE GUIDING AGAINST DRUG AND ILLEGAL MONEY LAUNDRY OR TERRORIST FUNDS WITH FULL POLICY OF THE GOVERNING BOARD OF THE INTERNATIONAL MONETARY FUND DEPARTMENT (IMFD)

WE WISH TO REMIND YOU OF THE CONSEQUENCES OF MOVING SUCH HUGE AMOUNT OF MONEY OUT OF ONE STATE TO ANOTHER WITHOUT MEETING ALL THE BUREAUCRATIC PROTOCOL REQUIREMENT THAT WILL GIVE THE TRANSACTION A LEGAL STATUS AND ALSO COMPLYING FULLY WITH THE PROVISIONS OF THE DRUG CHARTER WHICH STIPULATED THAT AN AMOUNT OF SUCH MAGNITUDE MUST CARRY CERTIFIED CLEARANCE CERTIFICATES/ANTI TERRORIST OR DRUG CERTIFICATE AND IMF TAX CLEARANCE WHICH WILL DULY GUARANTEE AND COVER THE FUND AS BEING LEGITIMATELY ACQUIRED AND DEVOID OF DRUG MONEY LAUNDRY/TERRORIST ACTIVITIES.

IN THIS CASE, YOU ARE ADVISED TO FORWARD TO THIS OFFICE YOUR ANTI-TERRORIST AND DRUG LAW (CLEARANCE CERTIFICATES) WITHOUT DELAY TO ENABLE US RELEASE YOUR CHECK TO IT DESIGNATED ADDRESS. OTHERWISE THE CHECK WILL BE SEIZED ACCORDING TO THE LAW.

UPON THE RECEIPT OF THE REQUIRED CERTIFICATES FROM YOU AND BEING THE BENEFICIARY, AS WRITTEN ON THE ATTACHED DOCUMENT, WE SHALL RELEASE YOUR CHECK TO YOU WITH IMMEDIATE EFFECT.

SHOULD YOU DON'T HAVE THE CERTIFICATES IN YOUR CARE, YOU ARE ADVISED TO QUICKLY GET BACK TO THIS OFFICE AND OBTAIN THE CERTIFICATES, WHICH WILL ONLY COST YOU $2,000.20 FOR APPLICATION PROCESSING AND OFFICIAL STAMP DUTY FEES PLUS $290.00 FOR THE IMF TAX CLEARANCE WHICH IS A TOTAL OF $2,290.20.

INTERNATIONAL MONETARY FUND (IMF) WASHINGTON DC
SIGN
Mr. Fredrick Carter
Officer
International Monetary Fund (IMF)

## JURISDICTION AND VENUE

44. This federal district court of the United States shall have jurisdiction to prevent and restrain these criminal conspiracy violations of 18 U.S.C. § 2332a, 2339A and RiCO Statue 18 U.S.C. § 1961-1968 by issuing appropriate orders, including, but not limited to: ordering any person to divest himself of any interest, direct or indirect, in any enterprise or group; imposing reasonable restrictions on the future activities or investments of any person, including, but not limited to, prohibiting any person from engaging in the same type of endeavor as the persons engaged in, making due provision for the rights of innocent persons. See 18 U.S.C. § 2332a, 2339A. See United States of America, Plaintiff-Appellee, v. Timothy James McVEIGH, Defendant-Appellant. 97-1287.

45. Defendants criminal violations were repeated, willful and intentional lasted more than a decade against Plaintiffs' interest which should be implemented and enforced with RICO Criminal Statue 18 U.S.C.A. § 1961-68 with "Blockburger Test" **or** "Blockburger Enhanced Test". **See Blockburger v. United States, 284 U.S. 299 (1932).**

46. Defendants' **"pattern of racketeering activity"** was unlawful against Plaintiffs' livelihood and lives. The defendants participated directly or indirectly in the conduct of the "enterprise's criminal business affairs," which makes Plaintiffs' mentally, physically and financially disabled and inactive for more than a decade

47. Plaintiffs' are looking for criminal and civil RICO 1964(a) violations remedy explicitly authorizes district courts to impose intrusive, structural reforms for the defendant's future activities and intentions.

48. Defendant's gained from their unconstitutional wrongful conduct and is an equitable remedy may be designed in the public interest to undo what could have been prevented in their unlawful criminal many projects.

49. This district Court has personal jurisdiction over Defendants' because, (a) worked with business in this District; (b) directly or indirectly involved in this District; (c) has substantial aggregate contacts with this District; and (d) engaged in an illegal conspiracy which was directed at, and had the intended effect of causing injury to, persons residing in, located in, or doing business in this District.

**REQUEST FOR RELIEF**

50. Plaintiffs' are seeking monetary compensatory damages for hardship and injuries they suffered for more than a decade during these conspiracies and wrongdoings lasted for more than a decade by Defendants' unconstitutional and unlawful criminal conducts under the **18 U.S.C. § 1959-1968, 18 U.S.C. § & 1111, 1114, and 18 U.S.C. § 2332a, 2339A.**

51. Defendants must be prosecuted for their criminal racketeering acts which were criminally intentional and violated again and again, and this district court should have reasonable restrictions on defendants' future activities.

52. Plaintiffs' are looking for violations of RICO criminal statue 18 U.S.C. § 1961-1968 remedy explicitly authorizes district courts to impose intrusive, structural reforms for the defendant's future activities and intentions

53. Defendants thought they are above the law and gained a free hand of performing their criminal agenda imposed on innocent people in this district and elsewhere in the country and this district court should have a responsibility for the public interest.

54. Plaintiff's looking forward a judgment and Court Order by applying and retaining state secrecy for the peace and security of this country from these criminal offences.

**JURY TRIAL DEMANDED**

Plaintiffs', on behalf of themselves and all others similarly situated, demands a trial by federal grand jury.

Dated: Oct 10, 2017

**RESPECTFULLY SUBMITTED,**

KM Haque

**KHONDAKER M. HAQUE**

SHAMSAD ROZALINA KAZI

**SHAMSAD R. KAZI**

**A. For Parties without an Attorney**

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

**Plaintiff**

Date of signing: Oct 10, 2017

Signature of Plaintiff KM Haque

Printed Name of Plaintiff KHONDAKER M. HAQUE

Address 9136, 120th STREET, RICHMOND HILLS, NEW YORK-11418

Telephone Number 1-516-444-1244

E-mail Address haque.dba@gmail.com

**Plaintiff**

Date of signing: Oct 10, 2017

Signature of Plaintiff SHAMSAD ROZALINA KAZI

Printed Name of Plaintiff __ SHAMSAD R. KAZI

Address 20-22 SHELDON STREET, WILKES-BARRE, PA-18702

Telephone Number 1-570-880-8605

E-mail Address shamsad.kazi@gmail.com

**B. For Attorneys**

Date of signing: __________, 20_____.

Signature of Attorney ______________________________

Printed Name of Attorney ______________________________

Bar Number ______________________________

Name of Law Firm ______________________________

Address ______________________________

Telephone Number ______________________________

E-mail Address ______________________________