UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
KHONDAKER M. HAQUE, SHAMSAD R.KAZI,
N.J.(MINOR), R.M. (MINOR), S.K.(MINOR),

                      Plaintiff,                JUDGMENT
                                                  17-CV-6043(WFK)(LB)

        - against –

FORMER US PRESIDENT GEORGE W. BUSH,
FORMER BRITISH PRIME MINISTER TONY BLAIR,
CURRENT ISRAELI PRIME MINISTER BENJAMIN
NETANYAHU, MOSSAD, FORMER DIRECTOR OF
MOSSAD EFRAIM HALEVI, FORMER US VICE
PRESIDENT DICK CHENY, FORMER DIRECTOR OF
CIA GEORGE J. TENET, CIA, NSA, REPUBLICAN
PARTY, FORMER US SECRATERY OF DEFENSE
DONALD RUMSFELD, FORMER US HOUSE SPEAKER
JOHN BOEHNER, FORMER US AMBASSADORTO
UNITED NATIONS JOHN R. BOLTON, FORMER WHITE
HOUSE SENIOR ADVISOR KARL ROVE, FORMER US
SECRETARY OF DEFENSE PAUL WOLFOWITZ, FORMER
NYC MAYOR RUDOLPH GIULIANI, FORMER US
SECRETARY OF STATE GENERAL COLIN POWELL,
FORMER US NATIONAL SECURITY ADVISOR
CONDOLEEZZA RICE, FORMER ATTORNEY GENERAL
JOHN ASHCROFT, FORMER NYC MAYOR MICHAEL
BLOOMBERG, SENATOR CHUCK SCHUMER, FORMER
NYC POLICE COMMISSIONER RAY KELLY, US
CONGRESSMAN PETER KING, FORMER DIRECTOR OF
US SECRET SERVICE (DHS) JULIA PIERSON, EDGE WEB
HOSTING, PC CONNECTION, DR. GALINA AND MANY
UNKNOWN,

                      Defendants.
------------------------------------------------------------ X

       An Order of Honorable William F. Kuntz, II, United States District Judge, having been filed on November 16, 2017, dismissing the Complaint with prejudice, *Cuoco v. Moritsugu*, 222 F.3d 99, 112(2d Cir. 2000); it is

ORDERED and ADJUDGED that the Complaint is dismissed with prejudice, *Cuoco v. Moritsugu*, 222 F.3d 99, 112(2d Cir. 2000); that any *in forma pauperis* appeal from this order would be taken in good faith. *Coppedge v. United States*, 369 U.S. 438, 444-45(1962).

Dated: Brooklyn, NY  
November 20, 2017

Douglas C. Palmer  
Clerk of Court

By:  /s/Jalitza Poveda  
Deputy Clerk