**MANDATE**

UNITED STATES COURT OF APPEALS
for the
SECOND CIRCUIT

_____

      At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 26th day of January, two thousand and eighteen,

_____

Shamsad R. Kazi, N. J., R. M., S. K.,

      Plaintiffs

Khondaker M. Haque,

      Plaintiff - Appellant,

v.

George W. Bush, Former US President, Tony Blair, Former British Prime Minister, Benjamin Netanyahu, Current Israeli Prime Minister, Mossad, Former Director of Mossad Efraim Halevi, Dick Cheney, Former US Vice President, George J. Tenet, Former Director of CIA, Central Intelligence Agency, National Security Agency, Republican Party, Donald Rumsfeld, Former US Secretary of Defense, John Boehner, Former US House Speaker, John R. Bolton, Former US Ambassador to United Nations, Karl Rove, Former White House Senior, Paul Wolfowitz, Former US Secretary of Defense, Rudolph Giuliani, Former NYC Mayor, Colin Powell, Former US Secretary of State, Condeleezza Rice, Former US National Security Advisor, John Ashcroft, Former Attorney General, Michael Bloomberg, Former NYC Mayor, Chuck Schumer, Senator, Raymond Kelly, Former NYC Police Commissioner, Peter King, US Congressman, Julia Pierson, Former Director of US Secret Service (DHS), Edge Hosting, LLC, Dr. Galina, and many unknown, Connection, Inc.,

      Defendants - Appellees.

**ORDER**
Docket Number: 17-4062

_____

**MANDATE ISSUED ON 05/15/2018**

A notice of appeal was filed on December 15, 2017. The filing fee of $505.00 was due to be paid to the district court by December 29, 2018. The case is deemed in default.

Instructions for moving for *in forma pauperis* status are provided in the Court's instructions entitled "*How to Appeal a Civil or Criminal Case in the United States Court of Appeals for the Second Circuit*". The manual and the forms required to file the motion are enclosed with this order. They are also available on the Court's website www.ca2.uscourts.gov.

IT IS HEREBY ORDERED that the appeal is dismissed effective February 16, 2018 unless by that date appellant either pays the fee in full, moves for *in forma pauperis* status in district court or, if district court has denied *in forma pauperis* status, moves in this Court for *in forma pauperis* status. If appellant has filed the motion in district court and the motion is pending, appellant must so advise this Court in writing by the same date.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court

A True Copy
Catherine O'Hagan Wolfe, Clerk
United States Court of Appeals, Second Circuit